UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DARNELL WILLIAMS, on behalf of himself and all others similarly situated, | : | Case no. 1:25-cv-9011 |
| Plaintiffs, | : | |
| v. | : | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| Hilma Inc., | : | |
| Defendant. | : | |

**PLEASE TAKE NOTICE,** that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: October 28, 2025

EQUAL ACCESS LAW GROUP, PLLC

*Attorneys for Plaintiff*

**/s/ David B. Reyes**

By: David B. Reyes, Esq.

68-29 Main Street,

Flushing, NY 11367

O: (844) 731-3343

C: (630)-478-0856

Email: Dreyes@ealg.law